# Exhibit "C"



1111 Lincoln Road
Miami Beach, FL  33139
www.EAG.aero

February 15, 2024
Kaci Rinn
Sent via Docusign: kacirinn@gmail.com

**Re:** **Separation from Elevate Aviation Group**

Dear Ms. Rinn,

The purpose of this letter is to confirm the end of your employment with Elevate Aviation Group ("PJS" or "Elevate") and to provide you with information related to your separation from the Company. For the sake of clarity, the term "Company" shall refer to Elevate, Private Jet Services Group, LLC, Elevate Jet, and Keystone Aviation, LLC.

**1. Employment Status; Final Payments; Benefits Information:**

(a) <u>Separation Date and Cessation of Benefits</u>:  Your employment ended effective February 13, 2024 ("Separation Date").  You were discharged for violations of Company policy, including those set forth in the Elevate Aviation Group, LLC handbook, and the terms of your Non-Disclosure and Non-Solicitation Agreement. As of the Separation Date, your salary from Elevate will cease and any entitlement you have or might have under any Company-provided benefit plan, program, or practice will be terminated, except as required by federal or state law, or as otherwise described below.

(b) <u>Group Benefits</u>:  Please see the information following this letter regarding the termination of benefits. If you are a participant in our group insurance plans, you are eligible to continue benefits under COBRA, per documentation that will be sent to you from Group Dynamics, the benefits representative for Elevate.

(c) <u>Receipt of Final Payments</u>:  You will receive your final regular pay by February 15, 2024, which will include payment of regular wages through your Separation Date. A FedEx label will be mailed to you for purposes of returning all Company assets, as discussed below.

All payments are subject to all applicable tax and payroll withholdings. You are owed no other compensation whatsoever from the Company.

**2. Return of Company Files, Documents and Other Property:**

Not later than the close of business (Central Time) on Friday, February 23, 2024, you must initiate return all Company property, materials, and all copies of any property or materials, including but not limited to, identification cards, files, equipment, cell phone, laptop(s), diskettes, intangible information stored on diskettes, or flash drives or on your personal computer, software programs and data compiled with the use of Company programs, software passwords or codes, copies of trade secrets and confidential information, cellular phones, credit cards, telephone charge cards, manuals, names and addresses of all Company customers and potential customers, customer lists, customer contacts, vendors, suppliers or consultants, sales information, memoranda, sales brochures, marketing materials, business or marketing plans, reports, projections, pricing information and any and all other information or property previously or currently held or used by you that is or was related to your employment with the Company



1111 Lincoln Road
Miami Beach, FL  33139
www.EAG.aero

("Company Property"), as set forth in the Elevate Aviation Group, LLC Handbook and previously acknowledged by you. You are advised to send the FedEx tracking label noting the time of the delivery for shipment of such items as well as an executed copy of this letter to me at HR@eag.aero.

You acknowledge that if you discover any other Company Property in your possession after the Separation Date, you will immediately return such materials to the Company.  You are no longer authorized to access or otherwise use any Company (or affiliate's) computer, network, system, files, data, or any other Company (or affiliate's) IT/communications resource or other Company Property.

**3. Reminder of Confidentiality Obligations and Non-Disclosure and Non-Solicitation Agreement:**

As set forth in your executed Non-Disclosure and Non-Solicitation Agreement, in the Elevate Aviation Group, LLC Handbook and Company policies, during the course of your employment you have been exposed to protected Confidential Information (as defined in the Non-Disclosure and Non-Solicitation Agreement) of Elevate and its affiliates which includes, but is not limited to, any and all information related to trade secrets, patents, inventions, technical data and specifications, governmental contracts, customer lists, business and marketing plans, personnel pricing, and other proprietary information. As set forth in these documents, you were and are prohibited from utilizing or disclosing this Confidential Information, regardless of its form, and your obligation not to disclose such information continues to exist after termination of your employment. This letter also reminds you of your non-competition and non-solicitation obligations as set forth in the Non-Disclosure and Non-Solicitation Agreement. In the event you breach the Non-Disclosure and Non-Solicitation Agreement or any obligations arising in relation to your employment with Elevate, Elevate will take all appropriate legal action against you, as set forth in Section 7 of the Non-Disclosure and Non-Solicitation Agreement. Please sign the following acknowledgment of receipt of this letter with your return of Company property.

Please contact HR at HR@eag.aero if you have any questions regarding the above.

Sincerely,

*Ashley Sullivan*
D7934F7944584DC...
Ashley Sullivan
HR Business Partner

**I have received the Separation letter from Elevate Aviation Group and information related to my final pay.**

_____    _____
Employee Name (Print)                    (Date)

_____
Employee Name (Sign)



1111 Lincoln Road
Miami Beach, FL  33139
www.EAG.aero

## Termination of Benefits Information Sheet

### Group Term Life Plan (Company Paid Plan)
- Coverage ends on the last day of employment.
- You have the option to convert to an individual plan upon termination.  You have 31 days to apply for the conversion. The forms are attached.

### Voluntary Life Insurance Portability
- Coverage ends on the last day of employment.
- MetLife will mail the applicable forms directly to those participating in the voluntary plan at the last address we have on file.

### Long Term Disability
- Coverage ends on the last day of employment.
- Cannot be converted to an individual policy.

### Short Term Disability
- Coverage ends on the last day of employment.
- Cannot be converted to an individual policy.

### Medical, Dental and Vision Insurance
- Coverage ends on the last day of the month in which you end your employment.
- You may choose to continue your coverage for up to 18 months by paying 102% of the full premium in advance.  At the end of the coverage continuation period, you will be given the opportunity to convert to an individual policy.  If you are interested in extending your current policy, complete the COBRA Continuation Application and return to the address listed on the form provided to you by our third-party administrator, GDI.
- In the event of your death, divorce, legal separation, or dependent children who cease to be eligible dependents, your eligible dependents may elect continuation of coverage for up to 36 months from the original qualifying event by paying 102% of the full monthly premium.  In no case will coverage exceed 36 months total.
- COBRA may be continued for up to 29 months if you are disabled at the time of termination and are eligible to collect Social Security disability benefits.  For the coverage to continue beyond the 18th month, you must notify the Human Resources department prior to the date coverage would normally end.
- COBRA is administered by GDI.  They will communicate with you directly via mail.

### Flexible Spending Account "FSA"
- You are eligible to submit claims that occurred through your last date of employment.
- If you cease employment, deductions will be taken through the end of the month in which you terminate.
- You are eligible to continue to pay into your Flexible Spending Account if your current balance is greater than the claims you have submitted. If applicable, GDI will include COBRA information in your COBRA letter.



1111 Lincoln Road
Miami Beach, FL 33139
www.EAG.aero

**401k Retirement Plan**

- If you are a member of the plan, you may keep your 401k intact with Paychex upon termination. Semi-annually, we contact employees with low fund amounts to require them to move from the plan.
- Please contact the Paychex 401K Retirement Services team at 800-472-0072 to understand your choices and tax implications.

In Process